UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 15-40027 |
| Plaintiff, | INDICTMENT   M-15-716-M |
| vs. | FAILURE TO PAY LEGAL CHILD SUPPORT |
| GABE (GABRIEL) RUIZ, | 18 U.S.C. § 228(a)(3) |
| Defendant. | |

---

The Grand Jury charges:

From on or about December 1, 2012, and continuing to the present, in Pennington County, in the District of South Dakota, defendant, Gabe (Gabriel) Ruiz, while residing in a different state with respect to his minor child, who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Seventh Judicial Circuit, Pennington County, South Dakota, and which obligation is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: [signature]

UNITED STATES OF AMERICA
DISTRICT OF SOUTH DAKOTA } ss
I, JOSEPH HAAS, Clerk of the United States District Court for the District of South Dakota, hereby certify that the above and foregoing is a true copy of the original now on file in my office.
Dated: 3/4/15
JOSEPH HAAS, Clerk
[signature]
Deputy